# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT FITZGERALD, | Civil No. 05-CV-1362-L(BLM) |
| Plaintiff, | **ORDER re: ORAL ARGUMENT** [doc. # 52, 63] |
| v. | |
| STATE FARM INSURANCE COMPANY, | |
| Defendant. | |

The parties have filed motions for summary judgment in the above-captioned case. The Court finds these motions suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on June 4, 2007.

**IT IS SO ORDERED.**

DATED: May 30, 2007

**M. James Lorenz**
**United States District Court Judge**

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

05CV1362

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28