# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Brent Fitzgerald

                V.                        **JUDGMENT IN A CIVIL CASE**

State Farm Insurance Company, Incorporated, et al.

                                         **CASE NUMBER:**    05-CV-1362-L (BLM)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for summary judgment is **GRANTED**. Defendant's motion for summary judgment is **DENIED**.

| January 14, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
M. Jenkins, Deputy Clerk

ENTERED ON January 14, 2008

05-CV-1362-L (BLM)